Form 27 - GENERAL PURPOSE

**MAYERSON & ASSOCIATES**
**ATTN:**

U.S. SOUTHERN DIST. COURT    NEW YORK    COUNTY
---

| | |
|---|---|
| M.S. AND R.S. ON BEHALF OF M.S.    plaintiff | Index No. **9585/07** |
| - against - | Date Filed  ............ |
| | Office No. |
| NEW YORK CITY DEPARTMENT OF    defendant EDUCATION | Court Date:   /   / |

---

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**JOEL GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **31st**  day of October, 2007    at  02:23 PM.,                at
   %**MICHAEL A. CARDOZO, ESQ, CITY OF NEW YORK LAW**
   **DEPT., 100 CHURCH ST, 4TH FLR, NEW YORK, NY 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **CIVIL COVER SHEET**
   **JUDGES RULES**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
   **TAMEKIA MENDES GAMMON, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
       SEX: **FEMALE**        COLOR: **BLACK**        HAIR: **BLACK**
       APP. AGE: **25**       APP. HT: **5:7**        APP. WT: **125**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
31st  day of  October, 2007k

SAMSON NEWMAN
Notary Public, State of New York
    No.01NE-4783767
Qualified in NEW YORK COUNTY
Commission Expires 11/03/2009

JOEL GOLUB   701893
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA789519

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

M.S. and R.S., on behalf of M.S.
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

New York City Department of Education
Defendant

**07 CIV 9585**

**JUDGE LYNCH**

TO: (Name and address of defendant)

MICHAEL A. CARDOZO, ESQ.
CITY OF NEW YORK LAW DEPARTMENT
100 CHURCH STREET - 4TH FLOOR
NEW YORK - NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mayerson & Associates
Attn: Gary S. Mayerson
330 West 38th Street, Suite 600
New York, New York 10580

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 26 2007

J. MICHAEL McMAHON

CLERK

*[signature: Marcos Quintero]*

(BY) DEPUTY CLERK

DATE