

**MEMO ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

CHEVON A. BROOKS
212-788-0874
212-788-0877 (fax)

RECEIVED DEC 4 2007 CHAMBERS OF GERARD E. LYNCH U.S.D.J.

December 3, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

By Hand Delivery:
Honorable Gerard E. Lynch
United States District Court
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

Re:   M.S. et ano v. New York City Dep't of Education
      Index No.: 07 CIV 9585

Dear Judge Lynch:

I am an Assistant Corporation Counsel with the New York City Law Department and represent defendant New York City Department of Education. I write to respectfully request that the Court grant all defendants an additional 45 days (until Monday, January 14, 2008) to respond to the complaint in this action in which Plaintiff seeks only an award of attorney's fees incurred in connection with a previous administrative proceeding. As the complaint was allegedly served on or about October 31, 2007, defendants were required to respond by November 20, 2007. I have communicated with Plaintiff's counsel, who consents to this request. No previous requests for an adjournment have been made.

The reason for this request is that additional time is needed for this office to investigate the allegations in the complaint and to determine the reasonableness of the attorney's fees Plaintiff seeks in his complaint. Additional time may also allow the parties the ability to negotiate an amicable resolution without court intervention.

Thank you for your consideration.

\*SO ORDERED

_____
GERARD E. LYNCH, U.S.D.J.
12/4/07

Respectfully submitted,

_____
Chevon Andre Brooks, Esq. (CB 1616)
Assistant Corporation Counsel

CC   Gary S. Mayerson (GSM8413)
     Mayerson & Associates
     Attorneys for Plaintiff
     330 West 38th Street, Suite 600
     New York, New York 10018