

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CHEVON A. BROOKS**
212-788-0874
212-788-0877 (fax)

January 10, 2008

By Hand Delivery:
Honorable Gerard E. Lynch
United States District Court
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

RECEIVED JAN 11 2008 CHAMBERS OF GERARD E. LYNCH U.S.D.J.

Re:   M.S, et ano v. New York City Dep't of Education
      Index No.: 07 CIV 9585

Dear Judge Lynch:

I am an Assistant Corporation Counsel with the New York City Law Department assigned to represent defendant New York City Department of Education in this action, in which Plaintiff seeks only an award of attorneys' fees incurred in connection with a previous administrative proceeding. I write to respectfully request that the Court grant defendant an additional 30 days (until Friday, February 14, 2008) to respond to the complaint. This is the second request for an adjournment. An extension of time was previously granted on or about December 4, 2007. I have communicated with Plaintiff's counsel, who consents to this request.

The reason for this request is that this office is still awaiting documentation from Plaintiff's attorney which will allow defendant the opportunity to properly investigate the allegations in the complaint and to evaluate the reasonableness of the attorneys' fees Plaintiff seeks in his complaint. Additional time may also allow the parties the ability to negotiate an amicable resolution without court intervention.

Thank you for your consideration.

*SO ORDERED

*/s/ Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.
1/14/08

Respectfully submitted,

*/s/ Chevon Brooks*

Chevon Andre Brooks, Esq. (CB 1616)

Assistant Corporation Counsel

CC    Gary S. Mayerson (GSM8413)
Mayerson & Associates
Attorneys for Plaintiff
330 West 38th Street, Suite 600
New York, New York 10018