UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                     :

M.S. AND R.S., on behalf of M.S.,  :

                  Plaintiffs,  :

       -against-  :

NEW YORK CITY DEPARTMENT OF  :
EDUCATION,  :
                                       :

                  Defendant.  :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

07 Civ. 9585 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

       The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

       ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.


SO ORDERED.

Dated: New York, New York
       April 4, 2008

                                    GERARD E. LYNCH
                               United States District Judge